Edward J. Maney, Trustee, Bar #12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| ANGELO D. MACCANO | ) | Case No. 09-12104-PHX-CGC |
| | ) | |
| JENNIFER M. MACCANO | ) | |
| | ) | TRUSTEE'S MOTION TO DISMISS |
| _____Debtor (s)_____ | ) | |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 4 months delinquent and no showing has been made of any just cause for the default.

        Total delinquency as of this date:     $4,800.00
        The next scheduled payment is due:     MAY 02, 2010

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by MAY 14, 2010.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file a Motion for a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: [see electronic signature]

        _____
                             Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 09-12104
Copies of the foregoing mailed (see electronic signature below) to the following:

Charles M. Sabo, Esq.
Charles M. Sabo, P.C.
4700 S. Mill Ave., Ste. 7
Tempe, AZ 85282-
Attorney for Debtor

ANGELO D. MACCANO
7844 W. VIA DEL SOL
PEORIA, AZ 85383
Debtor

JENNIFER M. MACCANO
7844 W. VIA DEL SOL
PEORIA, AZ 85383
Co-Debtor

                             _____
                                Trustee's Clerk